No. 94–1654. HEISER ET AL. v. UMBEHR. C. A. 10th Cir. [Certiorari granted, 515 U. S. 1172.] Motion of the Solicitor Gen-

eral for leave to participate in oral argument as *amicus curiae* and for divided argument granted.